1
2
3
4
5                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

                                * * *

UNITED STATES OF AMERICA,                 Case No. 2:16-cr-00046-GMN-PAL

                            Plaintiff,

      v.                                              **ORDER**

CLIVEN BUNDY, et al.,                     (Mots. for Joinder – Dkt. ##338, 368, 370)

                           Defendants.

      This matter is before the Court on Defendants Jason D. Woods, Brian D. Cavalier, and Todd Engel's Motions for Joinder (Dkt. ##338, 368, 370) to Defendant Ammon Bundy's Memorandum in Opposition to Entry of Protective Order (Dkt. #333). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. To avoid serial motions on the same matters, the court will grant the requests to join. The government need not file separate responses or replies to joinders unless the joinder raises new or different substantive arguments than the motion in which the joinder is granted.

      Accordingly,

      **IT IS ORDERED:** Defendants Jason D. Woods, Brian D. Cavalier, and Todd Engel's Motions for Joinder (Dkt. ##338, 368, 370) are GRANTED.

      Dated this 12th day of May, 2016.

                                          _____
                                          PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE