UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>v.<br>CLIVEN BUNDY, et al.,<br><br>                                    Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mots. for Joinder – Dkt. ##322, 325, 326, 330) |

This matter is before the Court on Defendants Gerald A. Delemus, Todd C. Engel, Steven A. Stewart, and Micah L. McGuire's Motions for Joinder (Dkt. ##322, 325, 326, 330) to Defendant Peter T. Santilli, Jr.'s Memorandum in Opposition to Proposed Protective Order (Dkt. #315). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. To avoid serial motions on the same matters, the court will grant the requests to join. The government shall not be required to file separate responses or replies to joinders filed in this case unless the joinders raise new or different substantive arguments.

Accordingly,

**IT IS ORDERED:** Defendants Gerald A. Delemus, Todd C. Engel, Steven A. Stewart, and Micah L. McGuire's Motions for Joinder (Dkt. ##322, 325, 326, 330) are GRANTED.

Dated this 12th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE