UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>TODD C. ENGEL,<br>　　　　　　　　　　Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER** |

　　　　This matter is before the court on a review of the docket which indicates multiple instances of legal mail addressed to Defendant Todd C. Engel being returned to the Clerk of the Court as undeliverable.  *See* Mail Returned Undeliverable (ECF Nos. 1575, 1584, 1588, 1595, 1627, 1628, 1634, 1635, 1636, 1650).  Attempts have been made to serve Engel at the Nevada Southern Detention Center ("NSDC") in Pahrump.  At calendar call on January 20, 2017, the district judge inquired whether the defendants in the first trial group would like to be housed locally for the duration of their trial beginning on February 6, 2017, including weekends, to facilitate easier communication with their attorneys.  No objections were made and she therefore ordered that they be housed locally.  *See* Mins. of Proceedings (ECF No. 1376); Order (ECF No. 1391).  As a result, Mr. Engel is no longer at NSDC, and is currently detained in the Henderson Detention facility.

　　　　Mr. Engel is representing himself, but also has standby counsel.  His standby counsel has been electronically served.  However, the court will direct that Mr. Engel also be served at the address where he is detained during trial.  Additionally, Mr. Engel is advised that the Local Rules require that an attorney or pro se party immediately file with the court written notification of any change of mailing address or other contact information.  *See* LR IA 3-1.

/ / /

/ / /

1

**IT IS ORDERED:**

1. The Clerk of the Court shall CHANGE Defendant Todd C. Engel's mailing address to:

   Henderson Detention Center
   P.O. Box 95050
   Henderson, NV 89009-5050.

2. The Clerk of the Court shall RESEND the Mail Returned Undeliverable (ECF Nos. 1575, 1584, 1588, 1595, 1627, 1628, 1634, 1635, 1636, 1650) to the updated address.

3. Pursuant to LR IA 3-1, Mr. Engel or his standby counsel, John George, Esq., shall immediately file written notification of any subsequent change of address. The notification must include proof of service on each opposing party or the party's attorney.

Dated this 2nd day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE