# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cr-00046-GMN-PAL |
| vs. ) | |
| ) | **ORDER** |
| TODD C. ENGEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court are three motions filed pro se by Defendant Todd C. Engel ("Defendant") requesting substitution of counsel and a continuance of the sentencing hearing currently set for Thursday, July 27, 2017 (ECF Nos. 2168–70), along with a Motion to Withdraw as Attorney filed by Defendant's counsel John George ("George") (ECF No. 2172). The Government filed a non-opposition. (ECF No. 2184).

First, because Defendant is represented by counsel, he may not file motions pro se. (*See* D. Nev. LR 11-6(a)). As such, the Court will strike Defendant's pro se motions. However, for good cause appearing, the Court will grant the Motion to Withdraw. Because new counsel will need time to prepare for sentencing, the Court finds that a 60-day continuance is appropriate and necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw (ECF No. 2172) is **GRANTED**.

**IT IS FURTHER ORDERED** that **DAVID R. FISCHER** is **APPOINTED** as counsel for Todd C. Engel in place of John George for all future proceedings. John George shall forward the case file to Mr. Fischer forthwith.

**IT IS FURTHER ORDERED** that Defendant's pro se motions (ECF Nos. 2168–70) shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendant's sentencing shall be continued to September 28, 2017, at 8:00 a.m. before the Honorable Gloria M. Navarro in Courtroom 7C.

**DATED** this 25th day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court