Warren R. Markowitz (NYS 4613220)
The Markowitz Law Firm
7260 W. Azure Dr, Suite 140-100
Las Vegas NV 89130
Office: 702-749-5831 xt 100
Fax: 702-749-5832
Email: Warren@MarkowitzLawFirm.com or
warren@warrenmarkowitzesq.com
Pro Hac Vice Attorney of Defendant Todd C. Engel

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| USA<br><br>                Plaintiff,<br>vs.<br><br>**Todd C. Engel**<br>                Defendant | Case No. 2:16-cr-00046-GMN-PAL-15<br><br>**STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated by and between the parties that the sentencing hearing in the above-entitled matter, presently scheduled for the 22nd of March 2018, shall be continued until the 22nd of June 2018.

This delay is necessary for the following reasons;

1. Motions for Pre-Sentencing/Appeal Release, and for a New Trial/Dismissal is presently fully briefed and submitted to this court.

2. The current sentencing date is within ten (10) days of this request, which may not be sufficient time for the Court to schedule oral arguments, consider the positions of the parties, and to render its decision.

3. This additional time, is mutually beneficial to the Defendant Engel, and to this Court as it would avoid unnecessary delay, and expense.

**THEREFORE,** the parties request that this court accept this stipulation as detailed and enter an order granting the request.

Jointly submitted, this 13th day of March 2018

/s/ Steven W. Myhre
STEVEN W. MYHRE
Assistant United States Attorney
Counsel for the United States

/s/ Warren R. Markowitz
WARREN R. MARKOWITZ
Counsel for Defendant

## ORDER GRANTING CONTINUATION OF SENTENCING

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for 22nd of March 2018 is continued to Thursday, June 28, 2018, at 9:00 a.m. in Courtroom 7D to allow the additional time requested by Defendant for the actions specified in the stipulation.

Dated March 19, 2018

_____
GLORIA M. NAVARRO
Chief Judge, U.S. District Court