DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
First Assistant United States Attorney
NADIA J. AHMED
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD C. ENGEL,<br><br>Defendant. | 2:16-CR-46-GMN-PAL<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT ENGEL'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO HIM MOTION FOR NEW TRIAL** |

**CERTIFICATION: The local criminal rules do not provide a time frame to file a sur-reply. This motion is filed within seven days of Engel having filed his reply.**

The United States of America, by and through undersigned counsel, respectfully seeks leave of Court to file a sur-reply in opposition to Engel's motion

1

for new trial.  *See* ECF Nos. 3183 (Motion for New trial), ECF No. 3198 (Government's Response), and 3204 (Reply to Response).[1]

The government seeks leave because Engel raises new arguments in his reply.  In his motion for new trial, Engel argued that he was entitled to a new trial or dismissal on *Brady* grounds because the Court dismissed the superseding indictment against the Tier 1 defendants.  The government responded that Engel's "me-too" argument did not meet the demanding *Brady* standard that requires a case-by-case fact intensive examination.  In reply, Engel makes new arguments attempting to meet the *Brady* standard.

Engel also makes new arguments in support of his insufficiency of the evidence claims.  First, he argues that his arguments should not be time-barred because the Court has inherent power to achieve justice, notwithstanding the 14-day filing time in Rule 33.  Second, he argues that the evidence was insufficient to support the extortion count because it did not prove who was extorted or whether the cattle extorted belonged to the United States.

In fairness, the government ought to be able to respond to Engel's new arguments.

---

[1] The government stands on its response to Engel's motion for release. ECF Nos. 3180 (Motion for Release), 3198 (Consolidated Response).

**WHEREFORE**, the Court should grant the government leave to file the attached sur-reply.

**DATED** this 12th day of March, 2018.

        Respectfully submitted,

        DAYLE ELIESON
        United States Attorney

        STEVEN W. MYHRE
        First Assistant United States Attorney

        *s/Daniel R. Schiess*
        NADIA J. AHMED
        DANIEL R. SCHIESS
        Assistant United States Attorneys

        *Attorneys for the United States*

**IT IS SO ORDERED**.

**DATED** this 23 day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing Motion and Attachment were served upon counsel of record via cm/ecf.

**DATED** this 12th day of March, 2018.

<i>s/Daniel R. Schiess</i><br>
DANIEL R. SCHIESS<br>
Assistant United States Attorney