Warren R. Markowitz (NYS 4613220)
The Markowitz Law Firm
7260 W. Azure Dr, Suite 140-100
Las Vegas NV 89130
Office: 702-749-5831 ext 100
Fax: 702-749-5832
Email: Warren@MarkowitzLawFirm.com or
warren@warrenmarkowitzesq.com
Pro Hac Vice Attorney of Defendant Todd C. Engel

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| USA <br>               Plaintiff, <br> vs. <br> Todd C. Engel <br>               Defendant | No. 2:16-CR-00046-GMN-PAL-15 <br><br> **REQUEST TO ALLOW DEFENDANT TO PARTICIPATE IN RESTITUTION HEARING VIA VIDEO LINK** |

**CERTIFICATION: This request is timely made and Defense Counsel has conferred with AUSA prior to making this request.**

COMES NOW, defendant, Todd C. Engel (Engel), by his attorney, Warren R. Markowitz, Esq, and moves this Court to allow Engel to appear for the upcoming Restitution Hearing via video link from USP Lompoc.

On July 19, 2018 this court imposed sentence on two counts relating to Engel's involvement in the Bundy Standoff of April 2014.

During sentencing hearing Defense Counsel raised a challenge to the restitution amounts being requested by the Federal Government, and after oral argument disposition of the Restitution was placed on calendar for September 5th 2018, ECF# 3297.

During the last week of August 2018 the Bureau of Prisons relocated Engel from the NSDC in Parhump Nevada to USP Lompoc. This court issued a minute order rescheduling the hearing for September 20, 2018, ECF#3326.

On September 6, 2018, Defense Counsel inquired with Ms. Carlon, the unit manager housing Engel if video conferencing is available for use (Exhibit 1), and on the 7th Ms. Carlon responded with a voicemail indicating that the service is available for use.

On September 10th 2018, Defense Counsel contacted AUSA Dan Schiess via telephone and inquired as to his position relating to the use of the video link for the appearance of Engel. AUSA Schiess indicated that he didn't care, which implies that he holds no preference.

Travel to and from USP Lompoc to the USDC Court in Las Vegas is, according to Google Maps, roughly 6hr 45 minutes. With the security issues involved in transporting Engel, we can easily assume that the travel is going to be

in excess of nine hours at best. The physical and mental impact of the transport on Engel, and those responsible for him, provides no benefit to this court nor to the findings in the hearing. Neglecting the hard costs that are obviously saved by such an action, the Defense asserts that justice may be served by using the least impactful solution on all parties involved in order to facilitate Engel's appearance.

Therefore, Defense Counsel requests that this court issue an order permitting Defendant Engel to appear via video link for the upcoming hearing, and to instruct the USP Lompoc to arrange such accomodation.

Respectfully submitted, this 10th day of September 2018

                                   */s/ Warren R. Markowitz*
                                   WARREN R. MARKOWITZ
                                   Counsel for Defendant Todd Engel

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that USP Lompoc shall arrange for Defendant to appear via video link for his restitution hearing set for September 20, 2018, at 9:00 a.m. in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

**DATED** this __17__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

I, Warren R. Markowitz, attorney of record of Defendant Todd C. Engel, submitted a copy of the foregoing **REQUEST TO ALLOW DEFENDANT TO PARTICIPATE IN RESTITUTION HEARING VIA VIDEO LINK** to the clerk of this court via the court's CM/ECF system for delivery and service upon counsel of record via CM/ECF.

Dated this 10th day of September 2018

*/s/ Warren R. Markowitz*
WARREN R. MARKOWITZ
Counsel for Defendant Todd Engel

# THE MARKOWITZ LAW FIRM

September 6, 2018

Ms. Carlon
USP Lompoc
3901 KLEIN BLVD
LOMPOC, CA  93436

VIA FAX ONLY

**RE:    Todd C. Engel,** BOP# 18427-023

Ms. Carlon,

As Attorney for Todd C. Engel, I would like to inquire as to the availability of video conferencing for appearances for court hearings? As you are aware, Engel is the subject of a restitution hearing on Sept 20th 2018, at the USDC Nevada, as he was recently transferred to your custody I was interested in requesting the video participation of Engel from the court.

Please advise if the resource is available so that I may inform the court.

Respectfully,

Warren Markowitz, Esq.
Attorney and Counselor at Law

enc: court minutes

7260 W. Azure Dr, Suite 140-100, Las Vegas NV 89130
Phone: 702.749.5831 xt 100, DID: -5835, Fax: 702-749-5832
email: warren@warrenmarkowitzesq.com
Web: www.warrenmarkowitzesq.com
Attorney Licensed in NY, USDC Colorado and the 9th  &10th US Circuit Court of Appeals, & the US Supreme Court
request for video.odt                                                                                                                                       Page 1 of 1

**Subject:** Activity in Case 2:16-cr-00046-GMN-PAL USA v. Bundy et al Minute Order Setting Hearing
**From:** cmecf@nvd.uscourts.gov
**Date:** 8/30/2018 11:06 AM -0700
**To:** cmecfhelpdesk@nvd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/30/2018 at 11:06 AM PDT and filed on 8/30/2018

| | |
|---|---|
| **Case Name:** | USA v. Bundy et al |
| **Case Number:** | 2:16-cr-00046-GMN-PAL |
| **Filer:** | |
| **Document Number:** | 3326(No document attached) |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Gloria M. Navarro, as to Todd C. Engel on 8/30/2018. By Deputy Clerk: Aaron Blazevich.**

**Defendant Todd Engel has been transferred to the custody of the Bureau of Prisons. As such, the Bureau of Prisons will not have enough time to transport Defendant to Nevada for the hearing currently set for September 5, 2018, at 9:00 a.m. Accordingly, IT IS HEREBY ORDERED that the Restitution Hearing is CONTINUED to September 20, 2018, at 9:00 a.m. in LV Courtroom 7D before Chief Judge Gloria M. Navarro.**

**(no image attached)** (Copies have been distributed pursuant to the NEF - ASB)

2:16-cr-00046-GMN-PAL-15 Notice has been electronically mailed to:

Bret O Whipple     admin@justice-law-center.com, michaelm@justice-law-center.com, tatumw@justice-law-center.com

Chris T Rasmussen     chris@rasmussenkang.com, andy@allnoneinvestigations.com,

rasmussenkang@gmail.com

Daniel Schiess     dan.schiess@usdoj.gov, USANV.team1@usdoj.gov, caseview.ecf@usdoj.gov, mamie.ott@usdoj.gov

Joel F. Hansen     lsabin@cooperlevenson.com

Lance A Maningo     lance@maningolaw.com, elyse@maningolaw.com

Mace J Yampolsky     Mace@macelaw.com, jason@macelaw.com, theresa@macelaw.com

Randall J Roske     randallroske@yahoo.com,

Shari L. Kaufman     Shari_Kaufman@fd.org, brandon_thomas@fd.org, ecf_vegas@fd.org, felicia_darensbourg@fd.org

Steven W. Myhre     Steven.Myhre@usdoj.gov, Ashlin.Brown@usdoj.gov, Mamie.Ott@usdoj.gov, caseview.ecf@usdoj.gov

Terrence M Jackson     Terry.Jackson.Esq@gmail.com

Brenda Weksler     brenda_weksler@fd.org, lauren_conklin@fd.org

Roger W. Wenthe     roger.wenthe@usdoj.gov, CaseView.ECF@usdoj.gov, Darlene.Ruckard@usdoj.gov, jenni.olaskey@usdoj.gov, maritess.recinto@usdoj.gov, sue.knight@usdoj.gov

Todd M Leventhal     leventhalandassociatescmecf@gmail.com, Maribel@toddleventhal.com

Jess R. Marchese     marcheselaw@msn.com

Peter S. Levitt     peter.s.levitt@usdoj.gov, caseview.ecf@usdoj.gov

Richard E Tanasi     rtanasi@tanasilaw.com

Elizabeth Olson White     elizabeth.o.white@usdoj.gov, CaseView.ECF@usdoj.gov, Joanie.Silvershield@usdoj.gov, MRecinto@usa.doj.gov

Shawn R Perez     shawn711@msn.com

Margaret A McLetchie     maggie@nvlitigation.com, efile@nvlitigation.com

Ryan Norwood     Ryan_Norwood@fd.org, ECF_NVNCH@fd.org, adam_dunn@fd.org, lauren_conklin@fd.org

Maysoun Fletcher     maf@fletcherfirmlaw.com, acquittal@hotmail.com

Nadia Janjua Ahmed     nadia.ahmed@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, eileen.alexander@usdoj.gov, mamie.ott@usdoj.gov

Dennis Matthew Lay     dml@lasvegasdefender.com

Lucas Gaffney     Lucas@GaffneyLawLV.com

Dustin R. Marcello     dustin.fumolaw@gmail.com, kristine.fumolaw@gmail.com

Alina M Shell     alina@nvlitigation.com, efile@nvlitigation.com

Kristine M Kuzemka     kristine@kuzemkalaw.com, shellie@kuzemkalaw.com

Russell M Aoki     russ@aokilaw.com, christina@aokilaw.com, galina@aokilaw.com, jennifer@aokilaw.com, leslie@aokilaw.com

Daniel Hill     dan@hillfirmlawyers.com

Mark D. Eibert     markeibert@comcast.net

Andrea Lee Luem     Andrea@luemlaw.com

Cristen Thayer     Cristen_Thayer@fd.org, brandon_thomas@fd.org, cecilia_valencia@fd.org, felicia_darensbourg@fd.org, lauren_conklin@fd.org

Amy B. Cleary     amy_cleary@fd.org, Ecf_Vegas@fd.org, brandon_thomas@fd.org, cecilia_valencia@fd.org, lauren_conklin@fd.org, nancy_vasquez@fd.org, stephanie_s_young@fd.org

Erin M Creegan     Erin.Creegan@usdoj.gov

Cullen Macbeth     cullen_macbeth@fd.org, amy_cleary@fd.org, brandon_thomas@fd.org, cecilia_valencia@fd.org

Jay Morgan Philpot     jmorganphilpot@gmail.com

Warren Ross Markowitz     warren@warrenmarkowitzesq.com, usdc_nv_ecf@warrenmarkowitzesq.com

**2:16-cr-00046-GMN-PAL-15 Notice has been delivered by other means to:**